IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TROY TAYLOR                                                                 Plaintiff

v.                                          3:04CV00410 JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                                    Defendant

ORDER

Plaintiff's widow, Georgia Taylor, has notified the Court of the death of Plaintiff, and requested that she be substituted as Plaintiff in this action. Although time has passed, Defendant has not responded.

It appears that this substitution is proper pursuant to Rule 25(a) of the Federal Rules of Civil Procedure.

WHEREFORE, Georgia Taylor is hereby substituted as the plaintiff in this action.

IT IS SO ORDERED.

DATED this 28th day of September, 2005.

/s/ John F. Forster, Jr.
UNITED STATES MAGISTRATE JUDGE