IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GEORGIA TAYLOR, o/b/o
TROY TAYLOR                                                                                          PLAINTIFF

V.                                              NO. 3:04CV00410-JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                          DEFENDANT

## JUDGMENT

It is Considered Ordered and Adjudged that judgment be entered for the plaintiff, reversing the decision of the Commissioner and remanding the case to the Commissioner for further proceedings. This is a sentence-four remand.

Dated this 29th day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE